Billy GRISSO, Appellant,

v.

UNITED STATES of America; Catherine D. Perry, Judge; Jo Anne B. Barnhart, Commissioner, Social Security Administration, Appellees.

No. 04–2079.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 7, 2005.

Decided Feb. 15, 2005.

Billy Grisso, Charleston, MO, pro se.

Jane Rund, U.S. Attorney's Office, St. Louis, MO, for Defendants–Appellees

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Billy Grisso appeals the district court's [1] dismissal as moot of his petition for a writ of mandamus, and the district court's [2] preservice dismissal of the United States and Judge Perry. Having carefully reviewed the record, we conclude dismissal was proper for the reasons the district court explained. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

2. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.